

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 219TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of April, 2015, the cause on appeal to revise or reverse the judgment between

MICHELLE JAHNER, Appellant

No. 05-15-00225-CV        V.

ASHLYN JAHNER, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-55510-2014.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee ASHLYN JAHNER recover her costs of this appeal from appellant MICHELLE JAHNER.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 8th day of July, 2015.

_____
LISA MATZ, Clerk